12 A.3d 747

**Larry WASLOW, Liquidating Supervisor of the National Organization for Children, Inc. F.D.B.A. T.E.A.C.H., F.D.B.A. the Einstein Academy Charter School, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF EDUCATION, Appellee.**

Supreme Court of Pennsylvania.

Feb. 22, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of February, 2011, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.